| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Joshua D. Stadtler (State Bar No. 272898)<br>jstadtler@dunncarney.com<br>Dunn Carney LLP<br>851 SW 6th Ave., Suite 1500<br>Portland, OR 97204<br>T: 503-417-5507<br>F: 503-224-7324<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Brad D. Krasnoff, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>LITE SOLAR CORP.,<br><br>Debtor(s). | CASE NO.: 2:16-bk-19896-BB<br>ADVERSARY NO.: 2:18-ap-01239-BB<br>CHAPTER: 7 |
|---|---|
| LITE SOLAR CORP., a California corporation,<br><br>Plaintiff(s).<br>vs.<br>HEATHER SCHIFFKE; an individual, BRIAN ARBIZZANI; an individual; ADAM WARD, an individual; STEVE SEFCHICK, an individual; and DOES 1-100,<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 01/14/2020<br>TIME: 2:00 p.m.<br>COURTROOM: 1539<br>ADDRESS: 255 E. Temple Street<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes ☐ No
2. Have all parties filed and served answers to the Claims Documents? ☒ Yes ☐ No
3. Have all motions addressed to the Claims Documents been resolved? ☒ Yes ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1? ☐ Yes ☒ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*     Page 1     **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

   Next week, the parties will submit a stipulation with the following schedule:
   - A. Deadline to join other parties and to amend the pleadings: April 15, 2020
   - B. Deadline for all discovery to be completed, including the date by which all responses to discovery requests are due: July 16, 2020
   - C. Deadline to file any pretrial motions and/or a pretrial stipulation: August 17, 2020
   - D. Final Pretrial Conference: Mid-September 2020
   - E. Trial: Between Mid-November and Mid-December 2020
   - F. Proof of service on all opposing counsel (or parties, if not represented by counsel) of notice of lodgment: October 30, 2020

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | See Section A.5 above. | October 2020 |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | See Section G below. | In July 2018, a chapter 11 debtor in possession filed this adversary proceeding. In October 2018, the Court converted the debtor's case to chapter 7 and appointed a trustee. In late October 2019, the Court approved appointment of the trustee's counsel. |

3. When do you expect to complete <u>your</u> discovery efforts?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | See Section G below. | Early Spring 2020. |

4. What additional discovery do you require to prepare for trial?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | See Section G below. | The defendants await written discovery responses from the plaintiff, and document discovery. The defendants intend to depose the plaintiff. |

**C. TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | See Section G below. | 2 1/2 Days |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | See Section G below. | 8 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015* — Page 2 — **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| See Section G below. | Approximatly 50 |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (*date*) 09/14/2020 | (*date*) 08/01/2020 |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

   See Section G below.

2. Has this dispute been formally mediated?   ☐ Yes   ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                          Page 3                          **F 7016-1.STATUS.REPORT**

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

|   Plaintiff   |   Defendant   |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☒ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

The employment application for special counsel was approved on October 22, 2019.

Special counsel and counsel for defendants held an initial conferral on December 4, 2019 regarding the underlying facts, challenges in litigating this lawsuit, the merits of the plaintiff's claims and defendants' defenses, and settlement. Because of the holidays, the parties agreed to exchange initial disclosures on January 13, 2020, and serve formal discovery thereafter.

Given special counsel's relatively recent employment and the fact that the parties have yet to commence discovery, plaintiff is not yet in a position to address the questions posed in section B above, but will be able to do so in 60 days' time.

Respectfully submitted,

Date: 12/31/2019

Dunn Carney LLP
Printed name of law firm

/s/ Joshua D. Stadtler
Signature

Joshua D. Stadtler
Printed name

Attorney for: Brad D. Krasnoff, Chapter 7 Trustee

Date: 12/31/2019

Field Jerger LLP
Printed name of law firm

/s/ Joseph A. Field
/s/ Joshua D. Stadtler
Signature

Joseph A. Field by Joshua D. Stadtler, per agreement,
Printed name    ORS 84, and LBR 9011-1(c)

Attorney for: Defendants Heather Schiffke, Brian Arbizzani, Adam Ward, and Steve Sefchick

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 4    **F 7016-1.STATUS.REPORT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
851 SW 6th Avenue, Suite 1500, Portland, OR 97204.

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/31/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/31/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sheri Bluebond
U.S. Bankruptcy Court
255 E. Temple Street, Bin outside of Suite 1534
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/31/2019 | Joshua D. Stadtler | /s/ Joshua D. Stadtler |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>

| | |
|---|---|
| Leslie A. Cohen | leslie@lesliecohenlaw.com; Jaime@lesliecohenlaw.com; odalys@lesliecohenlaw.com |
| Joseph A. Field | Joe@fieldjerger.com; pamela@fieldjerger.com |
| Irving M. Gross | img@lnbyb.com; john@lnbyb.com |
| Eric P. Israel | eisrael@DanningGill.com; eisrael@dgdk.com; danninggill@gmail.com; eisrael@ecf.inforuptcy.com |
| Brad D. Krasnoff (TR) | BDKTrustee@dgdk.com; bkrasnoff@ecf.axosfs.com; BDKTrustee@DanningGill.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Aaron E. de Leest | adeleest@DanningGill.com; aed@dgdk.com; danninggill@gmail.com; adeleest@ecf.inforuptcy.com |