Joshua D. Stadtler (SBN: 272898)
jstadtler@dunncarney.com
DUNN CARNEY LLP
851 SW 6th Ave., Suite 1500
Portland, OR 97204
Telephone: (503) 417-5507
Facsimile: (503)224-7324

Attorneys for Debtor and Plaintiff

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| *In re*<br><br>LITE SOLAR CORP.,<br><br>Debtor and Debtor in Possession | Chapter 11<br><br>Case No.: 2:16-bk-19896-BB<br><br>Adversary No.: 2:18-ap-01239-BB |
| LITE SOLAR CORP., a California Corporation,<br><br>Plaintiff,<br><br>VS.<br><br>HEATHER SCHIFFKE, an individual; BRIAN ARBIZZANI, an individual; ADAM WARD, an Individual; STEVE SEFCHICK, an individual; and DOES 1-100<br><br>Defendants. | **STIPULATION FOR EXTENSION OF DEADLINES IN SCHEDULING ORDER AND TO PARTICIPATE IN MEDIATION** |

/ / /

/ / /

/ / /

/ / /

- 1 -
STIPULATION FOR EXTENSION OF DEADLINES IN SCHEDULING ORDER AND TO PARTICIPATE IN MEDIATION

Pursuant to the Court's January 24, 2020 Scheduling Order (Dkt. No. 40) plaintiff Lite Solar Corp. ("**Plaintiff**") and defendants Heather Schiffke, Brian Arbizzani, Adam Ward, and Steve Sefchick (collectively, "**Defendants**") hereby stipulate to participate in a mediation in Portland, Oregon with a judge from the U.S. Bankruptcy Court for the District of Oregon.

The Plaintiff and Defendants have arranged for U.S. Bankruptcy Court Judge Peter C. McKittrick to serve as mediator. Unbeknownst to Defendants' counsel at the time of the January 14, 2020 status conference, however, defendant Adam Ward is out of the country on an employment contract through June 30, 2020, so the parties are unable to hold a mediation prior to the next scheduled status conference of May 19, 2020 at 2 p.m. The parties thus stipulate and request that the Court continue the May 19, 2020 status conference until a date in August 2020 to allow the parties to schedule the mediation with Judge McKittrick for a July 2020 date.

IT IS SO STIPULATED:

DUNN CARNEY LLP

*s/ Joshua D. Stadtler*
Joshua D. Stadtler (SBN: 272898)
jstadtler@dunncarney.com
DUNN CARNEY LLP
851 SW 6th Ave., Suite 1500
Portland, OR 97204
Telephone: (503) 417-5507
Facsimile: (503)224-7324
Attorneys for Plaintiff Lite Solar Corp.

Dated: January 31, 2020

FIELD JERGER LLP

Joseph A. Field, admitted *pro hac vice*
Field Jerger, LLP
621 SW Morrison St., Ste. 510
Portland, OR 97205
Tel. 503 228 2665
Email: joe@fieldjerger.com
Attorneys for Defendants Heather Schiffke,
Brian Arbizzani, Adam Ward, Steve Sefchick

Dated: January 31, 2020

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
851 SW 6th Ave., Suite 1500, Portland, OR 97204.

A true and correct copy of the foregoing document entitled (*specify*): Stipulation for Exension of Deadlines in Scheduling Order and to Participate in Mediation
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/31/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/31/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sheri Bluebond
U.S. Bankruptcy Court
255 E. Temple Street, Bin outside of Suite 1534
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/31/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

David L. Neale, on behalf of Defendants, via email at dln@lnbyb.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/31/2020 | Joshua D. Stadtler | *s/ Joshua D. Stadtler* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>

Leslie A. Cohen                                             leslie@lesliecohenlaw.com

   *On Behalf of Plaintiff Lite Solar Corp.*

Joseph A. Field                                             Joe@fieldjerger.com

   *On Behalf of Defendants*

Irving M. Gross                                             img@inbyb.com

   *On Behalf of Defendants*

Eric P. Israel                                              eisrael@DanningGill.com

   *On Behalf of Trustee*

Aaron E. de Leest                                           adeleest@DanningGill.com

   *On Behalf of Trustee*

Brad D. Krasnoff (TR)                                       BDKTrustee@DanningGill.com

   *Trustee*

DCAPDX\3280566.v1