| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Joshua D. Stadtler (State Bar No. 272898)<br>jstadtler@dunncarney.com<br>Dunn Carney LLP<br>851 SW 6th Ave., Suite 1500<br>Portland, OR 97204<br>T: 503-417-5507<br>F: 503-224-7324<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Brad D. Krasnoff, Chapter 7 Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 04 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** wesley    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>LITE SOLAR CORP.,<br><br>                                                    Debtor(s)<br><br>LITE SOLAR CORP., a California corporation,<br><br>                                                    Plaintiff(s)<br><br>vs.<br><br>HEATHER SCHIFFKE; an individual, BRIAN ARBIZZANI; an individual; ADAM WARD, an individual; STEVE SEFCHICK, an individual; and DOES 1-100,<br><br>                                                    Defendant(s) | CASE NO.: 2:16-bk-19896-BB<br>CHAPTER: 7<br>ADVERSARY NO: 2:18-ap-01239-BB<br><br>***AMENDED* STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: 01/14/2020<br>TIME: 2:00 p.m.<br>COURTROOM: 1539<br>ADDRESS: 255 E. Temple Street, Los Angeles, CA 90012 |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:

    a. ☒ Continued to the following date for a further status conference:    (*date*) **08/25/2020**    (*time*) **2:00 p.m.**

    b. ☒ A joint status report must be filed and served, including a judge's copy, by (*date*): **08/11/2020**

    c. ☐ The last day to join other parties and to amend pleadings is (*specify date*):

    d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is (*date*):

    e. ☐ The last date for pre-trial motions to be heard is (*date*):

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                                    Page 1                                                    **F 7016-1.2.ORDER.STATUS.CONF**

DCAPDX\3308698.v1

f. ☐ The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*:

g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* _____ *(time)* _____
   ☐ No pre-trial stipulation or pre-trial order is required

h. ☐ A pre-trial conference is set for *(date)* _____ *(time)* _____
   ☐ No pre-trial conference is required

i. ☐ Estimate of time for trial *(specify number of hours)*: _____

j. ☐ A trial is set for *(date)* _____ *(time)* _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
   ☐ with prejudice   ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. ☒ Other *(specify)*:

   1. **The parties are ordered to participate in a one-day mediation prior to the next status conference.**

   2. **As the parties have scheduled and made the necessary arrangements as required by the Court's January 24, 2020 Scheduling Order (Dkt. No 40), the parties may conduct their mediation in Portland, Oregon with Judge Peter C. McKittrick from the U.S. Bankruptcy Court for the District of Oregon.**

   3. **Given the unavailability of defendant Adam Ward to attend a mediation within the next 90 days (Mr. Ward is out of the country on an employment contract through June 30, 2020), and the parties' stipulation to a continuance, the previously scheduled next status conference of May 19, 2020 at 2 p.m. is continued for a further 90 days until August 25, 2020 at 2 p.m.**

###

Date: February 4, 2020

Sheri Bluebond
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2014                                     Page 2                              F 7016-1.2.ORDER.STATUS.CONF
DCAPDX\3308698.v1