United States Bankruptcy Court
Central District of California

Lite Solar Corp.,
    Plaintiff

Adv. Proc. No. 18-01239-BB

Schiffke,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-2    User: wjacksonC    Page 1 of 1    Date Rcvd: Feb 04, 2020
                  Form ID: pdf031    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2020.
```
dft            Adam Ward,    42020 Southeast View Acres Road,    Milwaukie, OR  97267
dft           +Brian Arbizzani,    3417 Southeast Guiford Drive,    Milwaukie,, OR 97222-6943
dft           +Heather Schiffke,    3547 Southeast 11th Avenue,    Portland, OR 97202-2735
pla           +Lite Solar Corp.,    3553 Atlantic Avenue,    #1183,    Long Beach, CA 90807-5606
dft           +Steve Sefchick,    4431 Southeast Francis Street,    Portland, OR 97206-3257
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Courtesy NEF
                                                                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2020 at the address(es) listed below:
```
              Aaron E de Leest    on behalf of Trustee Brad D Krasnoff (TR) adeleest@DanningGill.com,
               danninggill@gmail.com;adeleest@ecf.inforuptcy.com
              Aaron E de Leest    on behalf of Interested Party    Courtesy NEF adeleest@DanningGill.com,
               danninggill@gmail.com;adeleest@ecf.inforuptcy.com
              Brad D Krasnoff (TR)    BDKTrustee@DanningGill.com,  bkrasnoff@ecf.axosfs.com;DanningGill@gmail.com
              Eric P Israel    on behalf of Trustee Brad D Krasnoff (TR) eisrael@DanningGill.com,
               danninggill@gmail.com;eisrael@ecf.inforuptcy.com
              Eric P Israel    on behalf of Interested Party    Courtesy NEF eisrael@DanningGill.com,
               danninggill@gmail.com;eisrael@ecf.inforuptcy.com
              Irving M Gross    on behalf of Defendant Heather  Schiffke img@lnbyb.com,   john@lnbyb.com
              Irving M Gross    on behalf of Defendant Brian  Arbizzani img@lnbyb.com,   john@lnbyb.com
              Irving M Gross    on behalf of Defendant Adam  Ward img@lnbyb.com,   john@lnbyb.com
              Irving M Gross    on behalf of Defendant Steve  Sefchick img@lnbyb.com,   john@lnbyb.com
              Joseph A Field    on behalf of Defendant Adam  Ward joe@fieldjerger.com,   jenny@fieldjerger.com
              Joseph A Field    on behalf of Defendant Brian  Arbizzani joe@fieldjerger.com,
               jenny@fieldjerger.com
              Joseph A Field    on behalf of Defendant Steve  Sefchick joe@fieldjerger.com,
               jenny@fieldjerger.com
              Joseph A Field    on behalf of Defendant Heather  Schiffke joe@fieldjerger.com,
               jenny@fieldjerger.com
              Joshua D Stadtler    on behalf of Plaintiff    Lite Solar Corp. jstadtler@dunncarney.com,
               ahood@dunncarney.com
              Joshua D Stadtler    on behalf of Trustee Brad D Krasnoff (TR) jstadtler@dunncarney.com,
               ahood@dunncarney.com
              Leslie A Cohen    on behalf of Plaintiff    Lite Solar Corp. leslie@lesliecohenlaw.com,
               jaime@lesliecohenlaw.com;olivia@lesliecohenlaw.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 17
```

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Joshua D. Stadtler (State Bar No. 272898)<br>jstadtler@dunncarney.com<br>Dunn Carney LLP<br>851 SW 6th Ave., Suite 1500<br>Portland, OR 97204<br>T: 503-417-5507<br>F: 503-224-7324<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Brad D. Krasnoff, Chapter 7 Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 04 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** wesley **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>LITE SOLAR CORP.,<br><br><div align="right">Debtor(s)</div><br><br>LITE SOLAR CORP., a California corporation,<br><div align="right">Plaintiff(s)</div><br>vs.<br><br>HEATHER SCHIFFKE; an individual, BRIAN ARBIZZANI; an individual; ADAM WARD, an individual; STEVE SEFCHICK, an individual; and DOES 1-100,<br><div align="right">Defendant(s)</div> | CASE NO.: 2:16-bk-19896-BB<br>CHAPTER: 7<br>ADVERSARY NO: 2:18-ap-01239-BB<br><br>***AMENDED* STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: 01/14/2020<br>TIME: 2:00 p.m.<br>COURTROOM: 1539<br>ADDRESS: 255 E. Temple Street, Los Angeles, CA 90012 |
|---|---|

1. A status conference took place on the date and time indicated above.

2. Parties and counsel were present as reflected in the court record.

3. This matter is disposed of as follows:

   a. ☒ Continued to the following date for a further status conference:   (*date*) **08/25/2020**   (*time*) **2:00 p.m.**

   b. ☒ A joint status report must be filed and served, including a judge's copy, by (*date*): **08/11/2020**

   c. ☐ The last day to join other parties and to amend pleadings is (*specify date*):

   d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is (*date*):

   e. ☐ The last date for pre-trial motions to be heard is (*date*):

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                      Page 1                                      **F 7016-1.2.ORDER.STATUS.CONF**

DCAPDX\3308698.v1

f. ☐ The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*:

g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* _____ *(time)* _____
   ☐ No pre-trial stipulation or pre-trial order is required

h. ☐ A pre-trial conference is set for *(date)* _____ *(time)* _____
   ☐ No pre-trial conference is required

i. ☐ Estimate of time for trial *(specify number of hours)*: _____

j. ☐ A trial is set for *(date)* _____ *(time)* _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
   ☐ with prejudice    ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. ☒ Other *(specify)*:

   1. **The parties are ordered to participate in a one-day mediation prior to the next status conference.**

   2. **As the parties have scheduled and made the necessary arrangements as required by the Court's January 24, 2020 Scheduling Order (Dkt. No 40), the parties may conduct their mediation in Portland, Oregon with Judge Peter C. McKittrick from the U.S. Bankruptcy Court for the District of Oregon.**

   3. **Given the unavailability of defendant Adam Ward to attend a mediation within the next 90 days (Mr. Ward is out of the country on an employment contract through June 30, 2020), and the parties' stipulation to a continuance, the previously scheduled next status conference of May 19, 2020 at 2 p.m. is continued for a further 90 days until August 25, 2020 at 2 p.m.**

###

Date: February 4, 2020

Sheri Bluebond
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 2    **F 7016-1.2.ORDER.STATUS.CONF**

DCAPDX\3308698.v1